1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  PETER S. LEVITT
   Assistant United States Attorney
4  ERIN S. MELLEN
   VALERIE G. PREISS
5  Trial Attorneys
   U.S. Department of Justice, Tax Division
6  c/o Office of the United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
7  Las Vegas, Nevada 89101
   (702) 388-6336/Fax: (702) 388- 6418
8  Erin.S.Mellen@usdoj.gov  (202) 305-4075
   Valerie.G.Preiss@usdoj.gov  (202) 514-6475
9  *Attorneys for the United States*



```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              APR - 1 2020

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY:_____ DEPUTY
```

10              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
11

12 | UNITED STATES OF AMERICA,
13 |         Plaintiff,              | Case No. 2:20-mj-234-BNW
14 |     vs.                         | MOTION UNDER LR IA 11.3 FOR
                                     | DEPARTMENT OF JUSTICE
15 | TIMOTHY WILSON,                 | TRIAL ATTORNEYS TO APPEAR IN
                                     | THIS COURT ON BEHALF OF THE
   |         Defendant.              | UNITED STATES
16

17

18      The United States of America, by and through Christopher Burton, Chief, Special

19 Prosecutions Section, Assistant United States Attorney, respectfully moves, pursuant to LR IA

20 11.3, that the United States Department of Justice, Tax Division, Trial Attorneys Erin S.

21 Mellen and Valerie G. Preiss, be permitted to appear before this Court in the above captioned

22 case. Ms. Mellen and Ms. Preiss are employed by the United States as attorneys, and, in the

23

24

course and scope of their employment, have occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 1st day of April, 2020.

Respectfully Submitted,

*[signature]*

CHRISTOPHER BURTON
Chief, Special Prosecutions Section
Assistant United States Attorney

IT IS SO ORDERED: *[signature]*
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2020