CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
VALERIE G. PREISS
PATRICK BURNS
Trial Attorneys
U.S. Department of Justice, Tax Division
c/o Office of the United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
Valerie.G.Preiss@usdoj.gov (202) 598-3273 cell
J.Patrick.Burns@usdoj.gov (202) 598-5935 cell
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **CASE NO: 2:20-CR-00129-JAD-EJY** |
| vs. | |
| **TIMOTHY WILSON,** | **STIPULATION TO CONTINUE MOTIONS DATE (FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, through Peter S. Levitt, Assistant United States Attorney, United States Department of Justice, Tax Division Trial Attorneys Valerie G. Preiss and Patrick Burns, and Chris Rasmussen, Esq., counsel of record for Defendant Timothy Wilson, that the motions date in the above-captioned matter, previously scheduled for March 12, 2021 be vacated and continued until a time convenient to the Court, but no

sooner than on or after May 27, 2021.

This Stipulation is entered into for the following reasons:

1. The grand jury returned the indictment in this case on June 17, 2020. The defendant is not in custody. He remains on a personal recognizance bond. ECF 10.

2. Trial was set to begin on August 25, 2020, making the triggering date for Speedy Trial Act purposes June 25, 2020, the date of arraignment. 18 U.S.C. § 3161(c)(1).

3. Upon stipulation of the parties, the Court continued the August 25, 2020 trial date to February 23, 2021, for the specific reasons set forth in that order, including, but not limited to the volume of discovery and the impact of the COVID-19 pandemic on witness meetings, trial preparation, convening jurors, and cross-country airplane travel. ECF 29.

4. Upon stipulation of the parties, the Court continued the February 23, 2021 trial date to August 10, 2021, for the specific reasons set forth in that order, including, but not limited to the continuing impact of the COVID-19 pandemic on all aspects of trial preparation. ECF 34.

5. In continuing the trial date to August 10, 2021, the Court ordered that the deadline for filing motions be March 12, 2021, with responses due by March 26, and replies due by April 2. ECF 34.

6. As of the filing of this stipulation, the pandemic continues, now with the introduction of variants of the virus, as do requirements of social distancing and discouragement of non-essential in-person gatherings. The pandemic's effects extend to trial preparation in particular, preventing or restricting travel and in-person meetings with witnesses and parties, and thus the preparation of pre-trial motions which may assist the

Court in narrowing issues and considering evidentiary matters in an efficacious manner.

7. Local Criminal Rule 45-2(b) provides that a request to extend the motions deadline may be granted to a date within 75 days of the trial date without requiring the continuance of the trial date.

8. May 27, 2021 is within the 75-day period of LCR 45-2(b).

9. The parties request that the Court reset the March 12, 2021 motions filing deadline to May 27, 2021, with commensurate continuations of the response and reply deadlines to June 10 and June 17, 2021 respectfully.

10. This continuance of the motions deadline is not sought for purposes of delay, but to account for the necessary social-distancing in light of the coronavirus public health emergency.

Dated this 3rd day of March, 2021.

                                                            Christopher Chiou
                                                            Acting United States Attorney
                                                            Peter S. Levitt
                                                            Assistant United States Attorney

By: /s/ Chris Rasmussen                        By:/s/ Valerie G. Preiss
    CHRIS RASMUSSEN                                VALERIE G. PREISS
    Counsel for Defendant Timothy Wilson        PATRICK BURNS
                                                            Trial Attorneys, Tax Division

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TIMOTHY WILSON,<br><br>                Defendant. | CASE NO: 2:20-CR-00129-JAD-EJY<br><br>FINDINGS OF FACT |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The grand jury returned the indictment in this case on June 17, 2020. The defendant is not in custody. He remains on a personal recognizance bond. ECF 10.

2. Trial was set to begin on August 25, 2020, making the triggering date for Speedy Trial Act purposes June 25, 2020, the date of arraignment. 18 U.S.C. § 3161(c)(1).

3. Upon stipulation of the parties, the Court continued the August 25, 2020 trial date to February 23, 2021, for the specific reasons set forth in that order, including, but not limited to the volume of discovery and the impact the COVID-19 pandemic on witness meetings, trial preparation, convening jurors, and cross-country airplane travel. ECF 29.

4. Upon stipulation of the parties, the Court continued the February 23, 2021 trial date to August 10, 2021, for the specific reasons set forth in that order, including, but not limited to the continuing impact of the COVID-19 pandemic on all aspects of trial preparation. ECF 34.

5.	In continuing the trial date to August 10, 2021, the Court ordered that the deadline for filing motions be March 12, 2021, with responses due by March 26, and replies due by April 2. ECF 34.

6.	As of the filing of this stipulation, the pandemic continues, now with the introduction of variants of the virus, as do requirements of social distancing and discouragement of non-essential in-person gatherings. The pandemic's effects extend to trial preparation in particular, preventing or restricting travel and in-person meetings with witnesses and parties, and thus the preparation of pre-trial motions which may assist the Court in narrowing issues and considering evidentiary matters in an efficacious manner.

7.	Local Criminal Rule 45-2(b) provides that a request to extend the motions deadline may be granted to a date within 75 days of the trial date without requiring the continuance of the trial date.

8.	May 27, 2021 is within the 75-day period of LCR 45-2(b).

9.	The parties requested that the Court reset the March 12, 2021 motions filing deadline to May 27, 2021, with commensurate continuations of the response and reply deadlines to June 10 and June 17, 2021 respectfully.

10.	The continuance of the motions deadline was not sought for purposes of delay, but to account for the necessary social-distancing in light of the coronavirus public health emergency.

For all of the above-stated reasons, the Court finds good cause shown for continuing the motions deadline.

**ORDER**

IT IS ORDERED that the motions deadline in *United States v. Timothy Wilson*, Case No. 2:20-CR-00129-JAD-EJY, previously set for March 12, 2021, is continued until May 27, 2021. The deadline for filing responses to motions is continued until June 10, 2021, and the deadline for replies is continued to June 17, 2021.

This order does not alter any other case deadlines or the trial date as set forth in the Order of November 25, 2020, at ECF 34.

DATED: March 8, 2021.

_____
Jennifer A. Dorsey, U.S. District Judge