# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIMOTHY WILSON,<br><br>　　　　　Defendant. | CASE NO: 2:20-CR-00129-JAD-EJY<br><br>ORDER<br><br>ECF No. 75 |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

## **ORDER**

IT IS ORDERED that the September 20, 2023 11:00 a.m. status check hearing in this case is hereby VACATED.

Dated this 19th day of September, 2023

By: _____
HON. JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE